# APPRAISAL OF REAL PROPERTY



**LOCATED AT**
4570 County Road 57
Junction City, Ohio 43748
Legal NW 1/4 Section 0-0-17

**FOR**
Sheryl A. Padgett/McConaha

**OPINION OF VALUE**
49,500

**AS OF**
08/14/2015

**BY**
Kathy Seward
Seward Appraisal Service, LLC

740-819-2555
kathyseward@yahoo.com

# RESIDENTIAL APPRAISAL REPORT

File No.: 130

Kathy Seward

| | | |
|---|---|---|
| Property Address: 4570 County Road 57 | City: Junction City | State: Ohio  Zip Code: 43748 |
| County: Perry | Legal Description: Legal NW 1/4 Section 0-0-17 | |
| Assessor's Parcel #: 14000687020200 | | |
| Tax Year: 2014 | R.E. Taxes: $ 650.04 | Special Assessments: $ 10.00 | Borrower (if applicable): n/a |
| Current Owner of Record: Sheryl A. Padgett | | |
| Project Type: ☐ PUD ☐ Condominium ☐ Cooperative ☒ Other (describe) single family | HOA: $ n/a ☐ per year ☐ per month | |
| Market Area Name: Jackson Township | Map Reference: 18140 | Census Tract: 9663.00 |
| The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe) | | |
| This report reflects the following value (if not Current, see comments): ☒ Current (the inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective | | |
| Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work) | | |
| Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe) | | |
| Intended Use: Bankruptcy Court | | |
| Intended User(s) (by name or type): Attorney Philip W. Gerth 465 Waterbury Curt Columbus, Ohio 43230 | | |
| Client: Sheryl A. Padget/McConaha  Address: 4570 County Road 57/4570 Mainsville Road Junction City, Ohio | | |
| Appraiser: Kathy Seward  Address: 175 Christopher Place Zanesville, Ohio 43701 | | |

## SUBJECT / MARKET AREA DESCRIPTION

Location: ☐ Urban ☐ Suburban ☒ Rural
Built up: ☐ Over 75% ☐ 25-75% ☒ Under 25%
Growth rate: ☐ Rapid ☒ Stable ☐ Slow
Property values: ☐ Increasing ☒ Stable ☐ Declining
Demand/supply: ☐ Shortage ☒ In Balance ☐ Over Supply
Marketing time: ☐ Under 3 Mos. ☒ 3-6 Mos. ☐ Over 6 Mos.

Present Land Use
One-Unit 100 %
2-4 Unit
Multi-Unit
Commercial
Vacant
Other

Change in Land Use
☒ Not Likely
☐ Likely *
☐ In Process *
* To:

| | PRICE ($000) | AGE (yrs) |
|---|---|---|
| Low | 30,000 | 10 |
| High | 250,000 | 120 |
| Pred | 60,000 | 60 |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): After a period of rapid growth between 2001-2005. There is an ample supply of Mortgage funding available. Subject is located East of St. Rt. 668, South of Flagsdale, North of St. Rt. 13 and West of St. Rt. 22 in Jackson Township, Perry County, Ohio. Supply and demand appear to be in relative balance rates remain favorable and generally little sales concessions are necessary/common extended marketing times are noted.

## SITE DESCRIPTION

Dimensions: Site Area 2.15
Zoning Classification: 560 Plat TR/MH A/P/X  Description: Jackson Township  Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown  Have the documents been reviewed? ☐ Yes ☐ No  Ground Rent (if applicable) $ /
Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)
Actual Use as of Effective Date: residential  Use as appraised in this report: residential
Summary of Highest & Best Use: residential mobile home with 2.15 acre rural setting

Utilities: Public Other  Off-site Improvements  Type  Public  Private  Topography: level/rolling
Electricity ☒ ☐  Street: paved ☒ ☐  Size: 2.15
Gas ☐ unk  Curb/Gutter: none noted ☐ ☐  Shape: irr
Water ☐ private  Sidewalk: none noted ☐ ☐  Drainage: average
Sanitary Sewer ☐ private  Street Lights: none noted ☐ ☐  View: average
Storm Sewer ☐ unk  Alley: none noted ☐ ☐
Other site elements: ☐ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☒ Other (describe) rural setting
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 39127C0225D  FEMA Map Date 04/18/2011
Site Comments: The site and site improvements are typical for the area, no adverse encroachments or conditions were visible or obvious. The Appraiser did not perform a title search. A title search should be completed to assure no adverse encroachments or easements are present.

## DESCRIPTION OF THE IMPROVEMENTS

General Description | Exterior Description | Foundation | Basement ☒ None | Heating Fuel: elec Type: fa
# of Units 1 | Foundation: block | Slab n/a | Area Sq. Ft. crawl | 
# of Stories 1 story | Exterior Walls vinyl | Crawl Space yes | % Finished 0% | Cooling n/a
Type ☒ Det. ☐ Att. | Roof Surface shingle | Basement n/a | Ceiling steel
Design (Style) mobile | Gutters & Dwnspts. alum | Sump Pump ☐ | Walls concrete | Amenities ☒ None
Year Built 17 | Window Type double | Dampness ☐ | Floor dirt | Fireplace(s) # n/a
Effective Age (Yrs.) 8 | Storm/Screens some/some | Settlement ☐ | Outside Entry yes | Woodstove(s) # n/a
| | Infestation unknown | | | Patio n/a
| | | | | Deck yes
| | | | | Porch covered porch
| | | | | Fence n/a
| | | | | Pool n/a

Interior Description | Appliances | Attic ☒ None | Car Storage ☒ None
Floors carpet/vinyl | Refrigerator ☒ | Stairs ☐ | Garage # of cars ( Tot.)
Walls plaster/drywall/panel | Range/Oven ☒ | Drop Stair ☐ | Attach. n/a
Trim/Finish wood | Disposal ☐ | Scuttle ☐ | Detach. n/a
Bath Floor vinyl | Dishwasher ☒ | Doorway ☐ | Blt.-in n/a
Bath Wainscot fbg | Fan/Hood ☐ | Floor ☐ | Carport n/a
Doors wood | Microwave ☐ | Heated ☐ | Driveway yes
 | Washer/Dryer ☐ | Finished ☐ | Surface gravel

Finished area above grade contains: 5 Rooms  2 Bedrooms  2 Bath(s)  1,216 Square Feet of Gross Living Area Above Grade

Additional features: No recent improvements

Describe the condition of the property (including physical, functional and external obsolescence): Mobile home, 2 bedroom, 2 bath, crawl space, covered front porch and rear deck, storage shed, located as real estate rural location of Perry County.

# RESIDENTIAL APPRAISAL REPORT

File No.: 130 / 130

## TRANSFER HISTORY

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): Perry County Auditor

**1st Prior Subject Sale/Transfer**
- Date: 02/02/1998
- Price: 0
- Source(s): auditor

**2nd Prior Subject Sale/Transfer**
- Date: 03/27/1995
- Price: 2,750
- Source(s): auditor

Analysis of sale/transfer history and/or any current agreement of sale/listing: No recent transfers noted.

## SALES COMPARISON APPROACH TO VALUE

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 4570 County Road 57, Junction City, Ohio 43748 | 1270 County Road 23 Rd, Junction City, Ohio 43748 | | 3132 Township Road 138 NW, Somerset, OH 43783 | | 9015 Township Road 36 NW, Somerset, OH 43783 | |
| Proximity to Subject | | 4.17 miles NW | | 4.65 miles N | | 10.49 miles N | |
| Sale Price | $ | $ 55,000 | | $ 51,000 | | $ 55,000 | |
| Sale Price/GLA | $ /sq.ft. | $ 39.17 /sq.ft. | | $ 36.32 /sq.ft. | | $ 42.44 /sq.ft. | |
| Data Source(s) | | MLS #3656750 co.rec.DOM 32 | | MLS #3665689 co.rec.DOM 72 | | MLS #3690894 co.rec.DOM 17 | |
| Verification Source(s) | | Perry County Auditor/MLS | | Perry County Auditor/MLS | | Perry County Auditor/MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | | Arm/Cash none noted | | Bank/Cash none noted | | Bank/Conventional none noted | |
| Date of Sale/Time | | 11/21/2014 | | 02/27/2015 | | 05/08/2015 | |
| Rights Appraised | fee simple | fee simple | | fee simple | | fee simple | |
| Location | average | average | | average | | average | |
| Site | 2.15 | 6.22 | -8,000 | 2 | | 1.67 | +1,000 |
| View | average | average | | average | | average | |
| Design (Style) | mobile | mobile | | mobile | | mobile | |
| Quality of Construction | average | average | | average | | average | |
| Age | 17 | 17 | | 17 | | 9 | -5,000 |
| Condition | average | average | | average/fair | +5,000 | average/fair | +5,000 |
| Above Grade Room Count | Total 5 / Bdrms 2 / Baths 2 | Total 6 / Bdrms 3 / Baths 2 | -2,000 | Total 6 / Bdrms 3 / Baths 1.5 | -1,000 | Total 5 / Bdrms 3 / Baths 2 | -1,000 |
| Gross Living Area | 1,216 sq.ft. | 1,404 sq.ft. | +5,000 | 1,404 sq.ft. | +5,000 | 1,296 sq.ft. | -700 |
| Basement & Finished Rooms Below Grade | crawl 0% | full/walkout 0% | -4,000 | full 0% | -4,000 | full 0% | -4,000 |
| Functional Utility | average | average | | average | | average | |
| Heating/Cooling | elec/fa/central | gas/fa/central | | unknown/central | +500 | gas/fa/central | |
| Energy Efficient Items | wood stove | standard | | standard | | standard | |
| Garage/Carport | none noted/storage | none noted/storage | | none noted/storage | | 2 car det | -4,000 |
| Porch/Patio/Deck | cov porch | porch | | cov porch | | stoop | |
| Net Adjustment (Total) | | [ ]+ [X]- | $ -9,000 | [X]+ [ ]- | $ 5,500 | [ ]+ [X]- | $ -8,700 |
| Adjusted Sale Price of Comparables | | | $ 46,000 | | $ 56,500 | | $ 46,300 |

Summary of Sales Comparison Approach: The direct sales analysis is sufficient to indicated a reliable value estimate. The most recent and appropriate sales available were utilized for this rural area. The direct sales analysis value is based on a weighted average of the gross adjustment of the above described sales analysis value is based on a weighted average of the gross adjustment of the above described sales analysis.

Not for insurance purposes.

Appraiser did not access the crawl space area owner states wheels removed and tied down for real estate.

Mineral rights unknown and not considered in this appraisal.

Comparable # 1 adjustment made for land, room count, square feet and basement, Comparable # 2 for condition, room count square feet and basement, Comparable # 3 for land, age, room count, condition, square feet, basement and garage.

Indicated Value by Sales Comparison Approach $ 49,500

**GP RESIDENTIAL**   Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE   3/2007

# RESIDENTIAL APPRAISAL REPORT

File No.: 130

## COST APPROACH TO VALUE (if developed)
☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value): Perry County Auditor and extraction method. This is due to the lack of similar site and lot sales in the area.

ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW

OPINION OF SITE VALUE = $ 18,720

Source of cost data: Perry County
DWELLING Sq.Ft. @ $ = $
Quality rating from cost service: Effective date of cost data: Sq.Ft. @ $ = $

Comments on Cost Approach (gross living area calculations, depreciation, etc.):
The cost approach and income approach not considered. The square foot taken from Perry County Auditor.

Sq.Ft. @ $ = $
Sq.Ft. @ $ = $
Sq.Ft. @ $ = $
= $

Garage/Carport Sq.Ft. @ $ = $
Total Estimate of Cost-New = $
Less Physical Functional External
Depreciation = $( )
Depreciated Cost of Improvements = $
"As-is" Value of Site Improvements = $
= $
= $

Estimated Remaining Economic Life (if required): Years
INDICATED VALUE BY COST APPROACH = $

## INCOME APPROACH TO VALUE (if developed)
☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $    X Gross Rent Multiplier    = $    Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM):

## PROJECT INFORMATION FOR PUDs (if applicable)
☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:
Describe common elements and recreational facilities:

Indicated Value by: Sales Comparison Approach $ 49,500    Cost Approach (if developed) $    Income Approach (if developed) $

Final Reconciliation: The income approach was not used due to the lack of sufficient number of single family hoes which were on the rental market and subsequently sold. Although all approaches to the market value were considered, the direct sales analysis was deemed the only appropriate indicator of market value for the subject property.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: This Appraisal was made in 'as is' condition from exterior/interior inspection. This Appraisal report is prepared for the sole and exclusive use of the Appraisers client.

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 49,500 , as of: 08/14/2015 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains 12 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
☒ Scope of Work          ☒ Limiting Cond./Certifications   ☐ Narrative Addendum    ☒ Photograph Addenda   ☐ Sketch Addendum
☒ Map Addenda            ☐ Additional Sales                ☐ Cost Addendum         ☐ Flood Addendum       ☒ Manuf. House Addendum
☐ Hypothetical Conditions ☐ Extraordinary Assumptions     ☐

Client Contact:    Client Name: Sheryl A. Padgett/McConaha
E-Mail:            Address: 4570 County Road 57/4570 Mainsville Road Junction City, Ohio

APPRAISER                                              SUPERVISORY APPRAISER (if required)
                                                       or CO-APPRAISER (if applicable)

*[signature: Kathy Seward]*

Appraiser Name: Kathy Seward                           Supervisory or Co-Appraiser Name:
Company: Seward Appraisal Service, LLC                 Company:
Phone: 740-819-2555    Fax: 740-452-6459               Phone:                    Fax:
E-Mail: kathyseward@yahoo.com                          E-Mail:
Date of Report (Signature): 08/16/2015                 Date of Report (Signature):
License or Certification #: 2005016683    State: Ohio  License or Certification #:    State:
Designation: Ohio Licensed Residential                 Designation:
Expiration Date of License or Certification: 09/06/2016 Expiration Date of License or Certification:
Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None    Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None
Date of Inspection: 08/14/2015                         Date of Inspection:

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**   Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

# Assumptions, Limiting Conditions & Scope of Work

File No.: 130

| | | | |
|---|---|---|---|
| Property Address: 4570 County Road 57 | City: Junction City | State: Ohio | Zip Code: 43748 |
| Client: Sheryl A. Padgett | Address: 4570 County Road 57 Junction City, Ohio 43748 | | |
| Appraiser: Kathy Seward | Address: 175 Christopher Place Zanesville, Ohio 43701 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

— The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

— The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

— If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

— The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

— If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

— The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

— The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

— The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

— If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

— An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

— The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

— An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

# Certifications

| | | | |
|---|---|---|---|
| File No.: | | | 130 |
| File No.: | | | 130 |

| Property Address: | 4570 County Road 57 | City: Junction City | State: Ohio | Zip Code: 43748 |
|---|---|---|---|---|
| Client: | Sheryl A. Padgett | Address: 4570 County Road 57 Junction City, Ohio 43748 | | |
| Appraiser: | Kathy Seward | Address: 175 Christopher Place Zanesville, Ohio 43701 | | |

## APPRAISER'S CERTIFICATION

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by

the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

**DEFINITION OF MARKET VALUE *:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, a

| Client Contact: | | Client Name: Sheryl A. Padgett |
|---|---|---|
| E-Mail: | | Address: 4570 County Road 57 Junction City, Ohio 43748 |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *[signature: Kathy Seward]* | |
| Appraiser Name: Kathy Seward | Supervisory or Co-Appraiser Name: |
| Company: Seward Appraisal Service, LLC | Company: |
| Phone: 740-819-2555    Fax: 740-452-6459 | Phone:    Fax: |
| E-Mail: kathyseward@yahoo.com | E-Mail: |
| Date Report Signed: 08/16/2015 | Date Report Signed: |
| License or Certification #: 2005016683    State: Ohio | License or Certification #:    State: |
| Designation: Ohio Licensed Residential | Designation: |
| Expiration Date of License or Certification: 09/06/2016 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection: 08/14/2015 | Date of Inspection: |

**GP RESIDENTIAL**    Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

## Photograph Addendum

| Borrower | Sheryl A. Padgett/McConaha | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4570 County Road 57 | | | | | | |
| City | Junction City | County | Perry | State | Ohio | Zip Code | 43748 |
| Lender/Client | Sheryl A. Padgett/McConaha | | | | | | |





Fleetwood
Serial Number # TNFLT26AY6449rl13
Hud # 341558

**Subject Photo Page**

| Borrower | Sheryl A. Padgett/McConaha | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4570 County Road 57 | | | | | |
| City | Junction City | County | Perry | State | Ohio | Zip Code 43748 |
| Lender/Client | Sheryl A. Padgett/McConaha | | | | | |



**Subject Front**

4570 County Road 57
Sales Price
Gross Living Area        1,216
Total Rooms              5
Total Bedrooms           2
Total Bathrooms          2
Location                 average
View                     average
Site                     2.15
Quality                  average
Age                      17



**Subject Rear**



**Subject Street**

Form LPICPIX.DSS  LTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Comparable Photo Page

| Borrower | Sheryl A. Padgett/McConaha | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4570 County Road 57 | | | | | |
| City | Junction City | County | Perry | State | Ohio | Zip Code 43748 |
| Lender/Client | Sheryl A. Padgett/McConaha | | | | | |



### Comparable 1
| | |
|---|---|
| 1270 County Road 23 Rd | |
| Prox. to Subject | 4.17 miles NW |
| Sale Price | 55,000 |
| Gross Living Area | 1,404 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | average |
| View | average |
| Site | 6.22 |
| Quality | average |
| Age | 17 |



### Comparable 2
| | |
|---|---|
| 3132 Township Road 138 NW | |
| Prox. to Subject | 4.65 miles N |
| Sale Price | 51,000 |
| Gross Living Area | 1,404 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.5 |
| Location | average |
| View | average |
| Site | 2 |
| Quality | average |
| Age | 17 |



### Comparable 3
| | |
|---|---|
| 9015 Township Road 36 NW | |
| Prox. to Subject | 10.49 miles N |
| Sale Price | 55,000 |
| Gross Living Area | 1,296 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | average |
| View | average |
| Site | 1.67 |
| Quality | average |
| Age | 9 |

Form LPICPIX.DS% LTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

### Location Map

| Borrower | Sheryl A. Padgett/McConaha | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4570 County Road 57 | | | | | | |
| City | Junction City | County | Perry | State | Ohio | Zip Code | 43748 |
| Lender/Client | Sheryl A. Padgett/McConaha | | | | | | |



Form MAP.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE



## APPRAISER DISCLOSURE STATEMENT

In Compliance with Ohio Revised Code Section 4763.12(C)

File No.  130
130

**Name of Appraiser:** Kathy Seward

**Class of Certification/Licensure:**
- [ ] Certified General
- [ ] Certified Residential
- [x] Licensed Residential
- [ ] Temporary    [ ] General    [x] Licensed

**Certification/Licensure Number:** 2005016683

**Scope:** This Report
- [x] is within the scope of my Certification or License
- [ ] is not within the scope of my Certification or License

**Service Provided by:**
- [x] Disinterested & Unbiased Third Party
- [ ] Interested & Biased Third Party
- [ ] Interested Third Party on Contingent Fee Basis

Signature of person preparing and reporting the Appraisal:

*[signature: Kathy Seward]*

This form must be included in conjunction with all appraisal assignments or specialized services performed by a state-certified or state-licensed real estate appraiser

State of Ohio
Department of Commerce
Division of Real Estate Appraiser Section
Cleveland (216) 787-3100

Form OADS - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE